**Dismissed and Opinion Filed February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01331-CR
No. 05-14-01332-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ERIC MONTRELL HICKMON, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. M11-42220-G, M11-42221-G**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart

The State has filed a motion to dismiss its appeals in these cases.  The Court **GRANTS**

the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below

for observance.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141331F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-14-01331-CR        V.

ERIC MONTRELL HICKMON, Appellee

On Appeal from the County Criminal Court
No. 6, Dallas County, Texas
Trial Court Cause No. M11-42220-G.
Opinion delivered per curiam before Justices
Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 4th day of February, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-14-01332-CR     V.

ERIC MONTRELL HICKMON, Appellee

On Appeal from the County Criminal Court
No. 6, Dallas County, Texas
Trial Court Cause No. M11-42221-G.
Opinion delivered per curiam before Justices
Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 4th day of February, 2015.